# United States District court
## For the Middle District of Tennessee

| | |
|---|---|
| Mohammad Chorazghiazad | ] CaseNo **03-22 1048** |
| Plantiff (pro se) | ] |
| | ]   Jury Trial: yes |
| V | ] |
| JUDGE C.K. SMITH  Chancery Court | ] |
| JUDGE BARRY TATUM. General Session Court | ] |
| JUDGE MICHAEL COLLINS. Circuit Court | ] |
| JUDGE CLARA W. BYRD.  Circuit Court | ] |
| JUDGE DAN ALEXANDER | ] |
| ATTORNEY ERIN ALEXANDER WHITE | ] |
| NASER CHORAZGHIAZAD | ] |
| MARYAM SANGCHIN | ] |
| JAVID CHORAZGHIAZAD | ] |
| SHAWN TOULOEI SANI | ] |
| SHERIFF DEPARTMENT | ] |
| SHERIFF ROBERT BRYAN | ] |
| LIEUTENANT STEVE GATLIN | ] |
| CORPORAL MIKE WARREN | ] |
| WILSON COUNTY MAYOR RANDALL HUTTO | ] |
| WILSON COUNTY ATTORNEY  MICHAEL JENNINGS | ] |

1

# COMPLAINT

**The Plaintiff**

Mohammad Chorazghiazad, PROSE

132 Southside Park Dr

Lebanon, TN 37090

615-400-0622,


**THE DEFENDANTS;**

DEFENDANT NO. 1

JUDGE C.K. SMITH  Chancery Court

DEFENDANT IS AN INDIVIDUAL

134 S COLLEGE STREET # 200

LEBANON , TN 37087


DEFENDANT NO. 2

JUDGE BARRY TATUM. General Session Court

DEFENDANT IS AN INDIVIDUAL

115 EAST HIGH STREET

LEBANON, TN 37087

2

DEFENDANT NO. 3

JUDGE MICHAEL COLLINS. Circuit Court

DEFENDANT IS AN INDIVIDUAL

134 COLLEGE STREET # 101

LEBANON, TN 37087

DEFENDANT NO. 4

JUDGE CLARA W. BYRD.   Circuit Court

DEFENDANT IS AN INDIVIDUAL

134 COLLEGE STREET # 101

LEBANON, TN 37087

DEFENDANT NO. 5

JUDGE DAN ALEXANDER

DEFENDANT IS AN INDIVIDUAL

15065 LEBANON RD, SUITE 204

OLDHICKORY, TN 37138

DEFENDANT NO. 6

ATTORNEY ERIN ALEXANDER WHITE

DEFENDANT IS AN INDIVIDUAL

134 COLLEGE STREET # 101

LEBANON, TN 37087

DEFENDANT NO. 7

MOHAMMAD NASER CHORAZGHIAZAD

DEFENDANT IS AN INDIVIDUAL

4816 INDIAN SUMMER DR

NASHVILLE, TN 37207


DEFENDANT NO. 8

MARYAM SANGCHIN

DEFENDANT IS AN INDIVIDUAL

134 COLLEGE STREET # 101

LEBANON, TN 37087


DEFENDANT NO. 9

JAVID CHORAZGHIAZAD

DEFENDANT IS AN INDIVIDUAL

134 COLLEGE STREET # 101

LEBANON, TN 37087


DEFENDANT NO. 10

SHAWN TOULOEI SANI

DEFENDANT IS AN INDIVIDUAL

8224 CONCORD RD

BRENT WOOD, TN 37027

DEFENDANT NO. 11

SHERIFF DEPARTMENT

DEFENDANT IS A GOVERNMENT AGENCY

105 EAST HIGH ST

LEBANON, TN 37087

DEFENDANT NO. 12

SHERIFF ROBERT BRYAN

DEFENDANT IS AN INDIVIDUAL

105 EAST HIGH ST

LEBANON, TN 37087

DEFENDANT NO. 13

LIEUTENANT STEVE GATLIN

DEFENDANT IS AN INDIVIDUAL

105 EAST HIGH ST

LEBANON, TN 37087

DEFENDANT NO. 14

CORPORAL MIKE WARREN

DEFENDANT IS AN INDIVIDUAL

105 EAST HIGH ST

LEBANON, TN 37087

DEFENDANT NO. 15

WILSON COUNTY MAYOR RANDALL HUTTO

DEFENDANT IS A GOVERNMENT AGENCY

228 E MAIN ST #104

LEBANON, TN 37087

DEFENDANT NO. 16

WILSON COUNTY ATTORNEY MICHAEL JENNINGS

DEFENDANT IS AN INDIVIDUAL

326 N CUMBERLAND ST

LEBANON, TN 37087

## II Basis for Jurisdiction

FEDERAL QUESTION 1st, 4th, 5th, 7th amendments to the United States Constitution. 42 USC SEC. **1983**.

## BASIS FOR JURISDICTIONIS DIVERSITY OF CITIZENSHIP

**The Plaintiff**

PLAINTIFF IS AN INDIVIDUAL

MOHAMMAD CHORAZGHIAZAD, PROSE

IS A CITIZEN OF THE STATE OF TENNESSEE, USA

**THE DEFENDANTS;**

DEFENDANT NO. 1

DEFENDANT IS AN INDIVIDUAL

JUDGE C.K. SMITH   Chancery Court

IS A CITIZEN OF THE STATE OF TENNESSEE, USA


DEFENDANT NO. 2

DEFENDANT IS AN INDIVIDUAL

JUDGE BARRY TATUM. General Session Court

IS A CITIZEN OF THE STATE OF TENNESSEE, USA


DEFENDANT NO. 3

DEFENDANT IS AN INDIVIDUAL

JUDGE MICHAEL COLLINS. Circuit Court

IS A CITIZEN OF THE STATE OF TENNESSEE, USA

7

DEFENDANT NO. 4

DEFENDANT IS AN INDIVIDUAL

JUDGE CLARA W. BYRD.   Circuit Court

IS A CITIZEN OF THE STATE OF TENNESSEE, USA


DEFENDANT NO. 5

DEFENDANT IS AN INDIVIDUAL

JUDGE DAN ALEXANDER

IS A CITIZEN OF THE STATE OF TENNESSEE, USA


DEFENDANT NO. 6

DEFENDANT IS AN INDIVIDUAL

ATTORNEY ERIN ALEXANDER WHITE

IS A CITIZEN OF THE STATE OF TENNESSEE, USA


DEFENDANT NO. 7

DEFENDANT IS AN INDIVIDUAL

MOHAMMAD NASER CHORAZGHIAZAD

IS A CITIZEN OF THE STATE OF TENNESSEE, USA



DEFENDANT NO. 8

DEFENDANT IS AN INDIVIDUAL

MARYAM SANGCHIN

IS A CITIZEN OF THE STATE OF TENNESSEE, USA

DEFENDANT NO. 9

DEFENDANT IS AN INDIVIDUAL

JAVID CHORAZGHIAZAD

IS A CITIZEN OF THE STATE OF TENNESSEE, USA

DEFENDANT NO. 10

DEFENDANT IS AN INDIVIDUAL

SHAWN TOULOEI SANI

IS A CITIZEN OF THE STATE OF TENNESSEE, USA

DEFENDANT NO. 11

DEFENDANT IS A GOVERNMENT AGENCY

SHERIFF DEPARTMENT

IS IN THE STATE OF TENNESSEE, USA

DEFENDANT NO. 12

DEFENDANT IS AN INDIVIDUAL

SHERIFF ROBERT BRYAN

IS A CITIZEN OF THE STATE OF TENNESSEE, USA

DEFENDANT NO. 13

DEFENDANT IS AN INDIVIDUAL

LIEUTENANT STEVE GATLIN

IS A CITIZEN OF THE STATE OF TENNESSEE, USA

DEFENDANT NO. 14

DEFENDANT IS AN INDIVIDUAL

CORPORAL MIKE WARREN

IS A CITIZEN OF THE STATE OF TENNESSEE, USA

DEFENDANT NO. 15

DEFENDANT IS A GOVERNMENT AGENCY

WILSON COUNTY MAYOR RANDALL HUTTO

IS A CITIZEN OF THE STATE OF TENNESSEE, USA

DEFENDANT NO. 16

DEFENDANT IS AN INDIVIDUAL

WILSON COUNTY ATTORNEY MICHAEL JENNINGS

IS A CITIZEN OF THE STATE OF TENNESSEE, USA

## III. STATEMENT OF CLAIM

The Defendants have violated Title VII of the civil rights Act of 1964, the Fourth and Fourteenth Amendments and denied the plaintiff equal protection of the law and due process of law.

The Defendants have sought to block access to the Courts. The Defendants trespassed onto plaintiff's property to serve an order of protection.

## IV. RELIEF

The Plaintiff is praying for the following relief:

| | |
|---|---|
| JUDGE C.K. SMITH………………………… | $ 20,000,000 |
| JUDGE BARRY TATUM…………………….. | $ 5.000.000 |
| JUDGE MICHAEL COLLINS……………….. | $5.000.000 |
| JUDGE CLARA W. BYRD…………………… | $5.000.000 |
| Sheriff Robert Bryan……………………….. | $1.000.000 |
| Wilson County Shriff……………………….. | $1.000.000 |
| Chief deputy Mike Owen………………… | $1,000,000 |
| mayor Randall Hutto……………………… | $1.000.000 |
| Attorney Mike Jenning…………………….. | $1.000.000 |

## V. CERTIFICATION AND CLOSING

### A. FOR PARTY WITHOUT AN ATTORNEY

I AGREE to provide the clerks office with any changes to my address where case-related papers may be served. I understand that my failure to keep a

11

current address on file with the Clerk's office may result in the dismissal of my case.

Date of signing: 12/21/2022

Signature of Plaintiff: _M. R. C. G_____

Printed Name: MOHAMMAD CHORAZGHIAZAD