```
Court Name: U. S. District Court, MD/TN
Division: 3
Receipt Number: 34675067997
Cashier ID: lnewsom
Transaction Date: 12/22/2022
Payer Name: Mohammad Chorazghiazad
----------------------------------------
CIVIL FILING FEE- NON-PRISONER
 For: Mohammad Chorazghiazad
 Case/Party: D-TNM-3-22-CV-001048-001
 Amount:         $402.00
----------------------------------------
CASH
 Amt Tendered:  $402.00
----------------------------------------
Total Due:       $402.00
Total Tendered:  $402.00
Change Amt:      $0.00

3:22-cv-01048  filing fee
```