UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MOHAMMAD CHORAZGHIAZAD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 3:22-cv-01048 |
| | ) |
| STEVE GATLIN, et al., | ) |
| | ) |
| Defendants. | ) |

# ORDER

On February 24, 2025, the Magistrate Judge issued a Report and Recommendation ("R&R") (Doc. No. 109) recommending that the Court: (1) grant Defendants Lieutenant Steve Gatlin and Corporal Mike Warren's motion for summary judgment on Plaintiff Mohammad Chorazghiazad's sole Fourth Amendment claim against them (Doc. No. 99); (2) dismiss Chorazghiazad's "Motion of Rule 28 Oral Argument" as moot (Doc. No. 103); and dismiss Gatlin and Warren's Motion to Dismiss the second amended complaint as moot (Doc. No. 107). Chorazghiazad, proceeding pro se, has not filed any timely objections to the R&R, despite the R&R's specific warnings regarding waiver. (See Doc. No. 109 at 16); see also McNeil v. United States, 508 U.S. 106, 113 (1993) (noting that the Supreme Court has "never suggested that procedural rules in ordinary civil litigation should be interpreted so as to excuse mistakes by those who proceed without counsel").

Having thoroughly reviewed the R&R, the Court agrees with the Magistrate Judge's analysis and her conclusion that Gatlin and Warren are entitled to qualified immunity because "it was not clearly established that a reasonable officer [in their position] would understand entry onto

Chorazghiazad's property under the authority of [Judge] Smith's order violated the Fourth Amendment." (Id. at 14). Accordingly, the Court orders as follows:

1. The R&R (Doc. No. 109) is **APPROVED AND ADOPTED**.

2. Gatlin and Warren's Motion for Summary Judgment (Doc. No. 99) is **GRANTED**, and Chorazghiazad's sole remaining claims against them are dismissed.

3. Chorazghiazad's "Motion of Rule 28 Oral Argument" (Doc. No. 103) is **DENIED AS MOOT**.

4. Gatlin and Warren's Motion to Dismiss (Doc. No. 107) is **DENIED AS MOOT**.

This is a final order. The Clerk of the Court shall enter a final judgment in accordance with Federal Rule of Civil Procedure 58 and close this file.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE